March 20, 1984.

473 A.2d 678

Commonwealth v. Dolison, Appellant.
Petition for Allowance of Appeal
Denied June 28, 1984.

Submitted March 7, 1984.   Thomas G. Klingensmith, Assistant Public Defender, for appellant;   Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before ROWLEY, MONTEMURO and JOHNSON, JJ.

Judgment of sentence affirmed.